Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA SHANNON,<br><br>    Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; AETNA HEALTH OF CALIFORNIA, INC.; BANK OF AMERICA and DOES 1 through 50 inclusive ,<br><br>    Defendant. | CASE NO. 12-01558-AWI-DLB<br><br>**ORDER RE: SECOND JOINT STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE**<br><br>**Currently Scheduled**<br>Date: February 4, 2013<br>Time: 9:15 a.m.<br>Ctrm: 9<br><br>**Requested Continuance**<br><br>April 9, 2013<br>2:00 pm |

Plaintiff Marla Shannon ("Plaintiff") and Defendants Aetna Life Insurance Company, Aetna Health of California, Inc. and Bank of America (collectively "Defendants") filed a Joint Stipulation to continue the Scheduling Conference from February 4, 2013 to April 9, 2013.  Plaintiff and Defendants also requested the Joint Scheduling Report due date also be extended to one week before the continued Scheduling Conference.

Good cause appearing and pursuant to the terms of the Stipulation, the

-1-

[PROPOSED] ORDER RE: SECOND JOINT STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE

1  Scheduling Conference is continued to April 9, 2013 at 2:00 p.m. and the Joint
2  Scheduling Report will be due on April 2, 2013.

IT IS SO ORDERED.

Dated:   **January 29, 2013**           **/s/ Stanley A. Boone**
                                        UNITED STATES MAGISTRATE JUDGE

-2-

[PROPOSED] ORDER RE: SECOND JOINT STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE