Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA SHANNON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; AETNA HEALTH OF CALIFORNIA, INC.; BANK OF AMERICA and DOES 1 through 50 inclusive ,<br><br>　　　　　　Defendant. | CASE NO. CV12-01558-AWI-SAB<br><br>**ORDER RE: JOINT STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE**<br><br>**Currently Scheduled**<br>Date:　　June 27, 2013<br>Time:　　1:00 p.m.<br>Ctrm:　　7<br><br>**Requested Continuance**<br><br>Date:　　October 10, 2013<br>Time:　　10:00 a.m.<br>Ctrm: 7 |

　　　　Plaintiff Marla Shannon ("Plaintiff") and Defendants Aetna Life Insurance Company, Aetna Health of California, Inc. and Bank of America (collectively "Defendants") filed a Joint Stipulation to continue the Settlement Conference from June 27, 2013 to October 10, 2013.  Plaintiff and Defendants also requested the Updated Settlement Conference Statements due date also be extended to fifteen (15) days before the continued Settlement Conference.  Good cause appearing and pursuant to the terms of the Stipulation, the Settlement Conference is continue to October 10, 2013, at 10:00 a.m.   The updated Settlement Conference Statements

1

ORDER RE: JOINT STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE

1   shall be due on September 25, 2013.

2

3

4

5

IT IS SO ORDERED.

6

    Dated:   **June 24, 2013**                    **/s/ Sheila K. Oberto**

7

                                                  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Gordon & Rees LLP**
**633 West Fifth Street, 52nd Floor**
**Los Angeles, CA  90071**

2

ORDER RE: JOINT STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE