RONALD K. ALBERTS (SBN: 100017)
MICHELLE L. STEINHARDT (SBN 235149)
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone:  (213) 576-5000
Facsimile:  (213) 680-4470
Email: ralberts@gordonrees.com
msteinhardt@gordonrees.com
Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY,
AETNA HEALTH OF CALIFORNIA, INC.
BANK OF AMERICA

WOOD W. LAY (*pro hac vice* forthcoming)
WINSTON & STRAWN LLP
100 North Tryon Street
Charlotte, NC  28202-1078
Telephone: (704) 350-7700
Facsimile:  (704) 350-7800
Email:  WLay@winston.com

Sean D. Meenan (SBN:  260466)
smeenan@winston.com
Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:  (415) 591-1000
Facsimile:   (415) 591-1400

Attorneys for Defendant
BANK OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA SHANNON,<br><br>        Plaintiff,<br><br>   vs.<br><br>AETNA LIFE INSURANCE COMPANY; AETNA HEALTH OF CALIFORNIA, INC.; BANK OF AMERICA and DOES 1 through 50 inclusive,<br><br>        Defendants. | 1:12-cv-01558-AWI-SAB<br><br>**STIPULATION AND ORDER PERMITTING GORDON & REES LLP TO WITHDRAW AS COUNSEL OF RECORD FOR BANK OF AMERICA** |

# **STIPULATION**

Defendant Bank of America ("Defendant") by and through its counsel of record, Gordon & Rees LLP and Winston & Strawn, LLP hereby stipulate and agree as follows:

WHEREAS, Ronald K. Alberts and Michelle L. Steinhardt of Gordon & Rees LLP appeared as counsel of record for Defendants BANK OF AMERICA, AETNA LIFE INSURANCE COMPANY and AETNA HEALTH OF CALIFORNIA, INC. on September 28, 2012 (Dkt. 6).

WHEREAS, Sean D. Meenan and Wood W. Lay (*pro hac vice* forthcoming) of Winston & Strawn, LLP filed a notice of appearance as counsel of record for BANK OF AMERICA on July 24, 2013.  (Dkt. 22).

WHEREAS, the parties agree that Ronald K. Alberts and Michelle L. Steinhardt of Gordon & Rees LLP may withdraw as counsel of record for Defendant BANK OF AMERICA.

WHEREAS, Defendant and its counsel also hereby stipulate that the withdrawal shall be effective upon approval by the Court and that the Court's entry of the requested Order shall be retroactive to the date of the full execution of this Stipulation.

WHEREAS, Winston & Strawn, LLP will continue to represent BANK OF AMERICA in this matter.

WHEREAS, Gordon & Rees LLP will continue to represent AETNA LIFE INSURANCE COMPANY and AETNA HEALTH OF CALIFORNIA, INC. in this matter.

/ / /
/ / /
/ / /
/ / /
/ / /

SO STIPULATED

The parties to this stipulation agree and stipulate that Ronald K. Alberts and Michelle L. Steinhardt of Gordon & Rees LLP may withdraw as counsel for record for BANK OF AMERICA and withdrawal shall be effective upon approval by the Court and that the Court's entry of the requested Order shall be retroactive to the date of the full execution of this Stipulation.

Dated: July 24, 2013    BANK OF AMERICA

By: */s/ Kobi Kennedy Brinson*
Kobi Kennedy Brinson
Assistant General Counsel and SVP
_____

Dated: July 24, 2013    GORDON & REES LLP

By:   */s/ Michelle Steinhardt*
Ronald K. Alberts
Michelle L. Steinhardt
Attorneys for Defendants
AETNA LIFE INSURANCE COMPANY; AETNA HEALTH OF CALIFORNIA; BANK OF AMERICA

Dated: July 24, 2013    WINSTON & STRAWN LLP

By: */s/ Wood W. Lay*
Wood W. Lay (*pro hac vice* forthcoming)
Sean D. Meenan
Attorneys for Defendant BANK OF AMERICA

IT IS SO ORDERED.

Dated:   **July 24, 2013**    _____
UNITED STATES MAGISTRATE JUDGE