# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA SHANNON,<br><br>               Plaintiff,<br><br>     v.<br><br>AETNA LIFE INSURANCE COMPANY, et al.,<br><br>               Defendants. | Case No. 1:12-cv-01558-AWI-SAB<br><br>ORDER GRANTING PRO HAC VICE APPLICATION<br><br>(ECF No. 25) |

The court has read and considered the application of Wood W. Lay for admission to practice Pro Hac Vice under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for the Eastern District of California. Having reviewed the application, Wood W. Lay's application for admission to practice Pro Hac Vice is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   **July 25, 2013**                              _____
                                                                          UNITED STATES MAGISTRATE JUDGE

1