1  RONALD K. ALBERTS (SBN: 100017)
   MICHELLE L. STEINHARDT (SBN 235149)
2  GORDON & REES LLP
   633 West Fifth Street, 52nd Floor
3  Los Angeles, CA 90071
   Telephone:  (213) 576-5000
4  Facsimile:  (213) 680-4470
   Email: ralberts@gordonrees.com
5  msteinhardt@gordonrees.com
   Attorneys for Defendants
6  AETNA LIFE INSURANCE COMPANY,
   AETNA HEALTH OF CALIFORNIA, INC.
7  BANK OF AMERICA

8  WOOD W. LAY (*pro hac vice* forthcoming)
   WINSTON & STRAWN LLP
9  100 North Tryon Street
   Charlotte, NC  28202-1078
10 Telephone: (704) 350-7700
   Facsimile:  (704) 350-7800
11 Email:  WLay@winston.com

12 Sean D. Meenan (SBN:  260466)
   smeenan@winston.com
13 Winston & Strawn LLP
   101 California Street
14 San Francisco, CA  94111-5802
   Telephone:  (415) 591-1000
15 Facsimile:   (415) 591-1400

16 Attorneys for Defendant
   BANK OF AMERICA

17

18              UNITED STATES DISTRICT COURT

19              EASTERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| MARLA SHANNON, | 1:12-cv--01558-AWI-SAB |
| Plaintiff, | |
| vs. | **AMENDED STIPULATION AND ORDER PERMITTING GORDON & REES LLP TO WITHDRAW AS COUNSEL OF RECORD FOR BANK OF AMERICA** |
| AETNA LIFE INSURANCE COMPANY; AETNA HEALTH OF CALIFORNIA, INC.; BANK OF AMERICA and DOES 1 through 50 inclusive, | |
| Defendants. | |

# **STIPULATION**

Defendant Bank of America ("Defendant") by and through its counsel of record, Gordon & Rees LLP and Winston & Strawn, LLP hereby stipulate and agree as follows:

WHEREAS, Ronald K. Alberts and Michelle L. Steinhardt of Gordon & Rees LLP appeared as counsel of record for Defendants BANK OF AMERICA, AETNA LIFE INSURANCE COMPANY and AETNA HEALTH OF CALIFORNIA, INC. on September 28, 2012 (Dkt. 6).

WHEREAS, Sean D. Meenan and Wood W. Lay (*pro hac vice* forthcoming) of Winston & Strawn, LLP filed a notice of appearance as counsel of record for BANK OF AMERICA on July 24, 2013.  (Dkt. 22).

WHEREAS, the parties agree that Ronald K. Alberts and Michelle L. Steinhardt of Gordon & Rees LLP may withdraw as counsel of record for Defendant BANK OF AMERICA.

WHEREAS, Defendant and its counsel also hereby stipulate that the withdrawal shall be effective upon approval by the Court and that the Court's entry of the requested Order shall be retroactive to the date of the full execution of this Stipulation.

WHEREAS, Winston & Strawn, LLP will continue to represent BANK OF AMERICA in this matter.

WHEREAS, Gordon & Rees LLP will continue to represent AETNA LIFE INSURANCE COMPANY and AETNA HEALTH OF CALIFORNIA, INC. in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

1  SO STIPULATED

2  The parties to this stipulation agree and stipulate that Ronald K. Alberts and
3  Michelle L. Steinhardt of Gordon & Rees LLP may withdraw as counsel for record
4  for BANK OF AMERICA and withdrawal shall be effective upon approval by the
5  Court and that the Court's entry of the requested Order shall be retroactive to the
6  date of the full execution of this Stipulation.

7  
8  Dated: July 24, 2013                BANK OF AMERICA

   By:  */s/ Kobi Kennedy Brinson*
9        Kobi Kennedy Brinson
         Assistant General Counsel and
10       SVP_____

11 Dated: July 24, 2013                GORDON & REES LLP

12    By:  */s/ Michelle L. Steinhardt*
         Ronald K. Alberts
13       Michelle L. Steinhardt
         Attorneys for Defendants
14       AETNA LIFE INSURANCE
         COMPANY; AETNA HEALTH
15       OF CALIFORNIA; BANK OF
         AMERICA
16

17 Dated: July 24, 2013                WINSTON & STRAWN LLP

18    By:  */s/ Sean D. Meenan*
         Wood W. Lay (*pro hac vice*
19       forthcoming)
         Sean D. Meenan
20       Attorneys for Defendant BANK
         OF AMERICA
21

22 IT IS SO ORDERED.

23
24    Dated:  **July 26, 2013**                    _____
                                                    UNITED STATES MAGISTRATE JUDGE
25
26
27
28

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071