1  RONALD K. ALBERTS (SBN: 100017)
   MICHELLE L. STEINHARDT (SBN 235149)
2  GORDON & REES LLP
   633 West Fifth Street, 52nd Floor
3  Los Angeles, CA 90071
   Telephone:  (213) 576-5000
4  Facsimile:  (213) 680-4470
   Email: ralberts@gordonrees.com
5  msteinhardt@gordonrees.com
   Attorneys for Defendants
6  AETNA LIFE INSURANCE COMPANY,
   AETNA HEALTH OF CALIFORNIA, INC.
7  BANK OF AMERICA

8  WOOD W. LAY (*pro hac vice* forthcoming)
   WINSTON & STRAWN LLP
9  100 North Tryon Street
   Charlotte, NC  28202-1078
10 Telephone: (704) 350-7700
   Facsimile:  (704) 350-7800
11 Email:  WLay@winston.com

12 Sean D. Meenan (SBN:  260466)
   smeenan@winston.com
13 Winston & Strawn LLP
   101 California Street
14 San Francisco, CA  94111-5802
   Telephone:  (415) 591-1000
15 Facsimile:   (415) 591-1400

16 Attorneys for Defendant
   BANK OF AMERICA

17

18                UNITED STATES DISTRICT COURT

19              EASTERN DISTRICT OF CALIFORNIA

20
   MARLA SHANNON,                  )   1:12-cv--01558-AWI-SAB
21                                 )
                                   )
22            Plaintiff,           )
                                   )   **AMENDED STIPULATION AND**
23                                 )   **ORDER PERMITTING GORDON**
        vs.                        )   **& REES LLP TO WITHDRAW**
24                                 )   **AS COUNSEL OF RECORD FOR**
                                   )   **BANK OF AMERICA**
25 AETNA LIFE INSURANCE            )
   COMPANY; AETNA HEALTH OF        )
26 CALIFORNIA, INC.; BANK OF       )
   AMERICA and DOES 1 through 50   )
27 inclusive,                      )
                                   )
28            Defendants.          )
   _____)

                          - 1 -

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

1

**STIPULATION**

2    Defendant Bank of America ("Defendant") by and through its counsel of

3  record, Gordon & Rees LLP and Winston & Strawn, LLP hereby stipulate and

4  agree as follows:

5    WHEREAS, Ronald K. Alberts and Michelle L. Steinhardt of Gordon &

6  Rees LLP appeared as counsel of record for Defendants BANK OF AMERICA,

7  AETNA LIFE INSURANCE COMPANY and AETNA HEALTH OF

8  CALIFORNIA, INC. on September 28, 2012 (Dkt. 6).

9    WHEREAS, Sean D. Meenan and Wood W. Lay (*pro hac vice* forthcoming)

10  of Winston & Strawn, LLP filed a notice of appearance as counsel of record for

11  BANK OF AMERICA on July 24, 2013.  (Dkt. 22).

12    WHEREAS, the parties agree that Ronald K. Alberts and Michelle L.

13  Steinhardt of Gordon & Rees LLP may withdraw as counsel of record for

14  Defendant BANK OF AMERICA.

15    WHEREAS, Defendant and its counsel also hereby stipulate that the

16  withdrawal shall be effective upon approval by the Court and that the Court's entry

17  of the requested Order shall be retroactive to the date of the full execution of this

18  Stipulation.

19    WHEREAS, Winston & Strawn, LLP will continue to represent BANK OF

20  AMERICA in this matter.

21    WHEREAS, Gordon & Rees LLP will continue to represent AETNA LIFE

22  INSURANCE COMPANY and AETNA HEALTH OF CALIFORNIA, INC. in

23  this matter.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

1    SO STIPULATED

2        The parties to this stipulation agree and stipulate that Ronald K. Alberts and

3  Michelle L. Steinhardt of Gordon & Rees LLP may withdraw as counsel for record

4  for BANK OF AMERICA and withdrawal shall be effective upon approval by the

5  Court and that the Court's entry of the requested Order shall be retroactive to the

6  date of the full execution of this Stipulation.

7

8  Dated: July 24, 2013                    BANK OF AMERICA

9                                          By:  */s/ Kobi Kennedy Brinson*
                                                Kobi Kennedy Brinson
                                                Assistant General Counsel and
10                                              SVP_____

11 Dated: July 24_, 2013                   GORDON & REES LLP

12                                         By:  */s/ Michelle L. Steinhardt*
                                                Ronald K. Alberts
13                                              Michelle L. Steinhardt
                                                Attorneys for Defendants
14                                              AETNA LIFE INSURANCE
                                                COMPANY; AETNA HEALTH
15                                              OF CALIFORNIA; BANK OF
                                                AMERICA
16

17 Dated: July 24, 2013                    WINSTON & STRAWN LLP

18                                         By:  */s/ Sean D. Meenan*
                                                Wood W. Lay (*pro hac vice*
19                                              forthcoming)
                                                Sean D. Meenan
20                                              Attorneys for Defendant BANK
                                                OF AMERICA

21

22 IT IS SO ORDERED.

23

24    Dated:   **July 26, 2013**          _____
                                          UNITED STATES MAGISTRATE JUDGE
25

26

27

28

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

- 3 -