UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA SHANNON,<br><br>                                   Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY;<br>AETNA HEALTH OF CALIFORNIA, INC.;<br>BANK OF AMERICA and DOES 1 through<br>50 inclusive,<br><br>                                   Defendant. | CASE NO. 1:12-CV-1558-AWI-SAB<br><br>**ORDER ON JOINT STIPULATION** |

Plaintiff Marla Shannon and Defendants Aetna Life Insurance Company, Aetna Health of California, Inc. and Bank of America filed a Joint Stipulation to Stay all Deadlines in this action until November 27, 2013.

However, on September 13, 2013, the parties filed a notice of settlement in which they advised the Court that the matter had settled. Ordinarily, upon the filing of the notice of settlement, an order issues that vacates all dates and sets a deadline for the parties to file a stipulated dismissal. The Court will now issues such an order.

In light of the notice of settlement, the Court will vacate all currently set deadlines. Further, the Court will give effect to the stipulation and give the parties until November 27, 2013, in which to file a stipulated dismissal.

Accordingly, IT IS HEREBY ORDERED that:

1. All currently set dates and deadlines are VACATED; and
2. On or by November 27, 2013, the parties shall file a stipulation for dismissal or show cause why additional time may be need to file dismissal papers.

IT IS SO ORDERED.

Dated:   October 17, 2013                    _____
                                                              SENIOR  DISTRICT  JUDGE

1

**[PROPOSED] ORDER RE:  JOINT STIPULATION TO STAY ALL DEADLINES**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5802**

2
**[PROPOSED] ORDER RE:  JOINT STIPULATION TO STAY ALL DEADLINES**