| | |
|---|---|
| Edward B. Chatoian II, (SBN 69357) | Amanda L. Groves (SBN: 187216) |
| LAW OFFICES OF EDWARD B. CHATOIAN | agroves@winston.com |
| Email: chatoianlaw@sbcglobal.net | Sean D. Meenan (SBN: 260466) |
| 2607 Fresno Street, Suite C | smeenan@winston.com |
| Fresno, CA 93721 | WINSTON & STRAWN LLP |
| Telephone: (559) 485-0101 | 101 California Street |
| Facsimile: (559) 485-7643 | San Francisco, CA 94111-5802 |
| | Telephone: (415) 591-1000 |
| Attorneys for Plaintiff | Facsimile: (415) 591-1400 |
| MARLA SHANNON | |
| | Wood W. Lay (*admitted pro hac vice*)) |
| Ronald K. Alberts (SBN: 100017) | wlay@winston.com |
| Michelle L. Steinhardt (SBN 235149) | WINSTON & STRAWN LLP |
| GORDON & REES LLP | 100 North Tryon Street |
| 633 West Fifth Street, 52nd Floor | Charlotte, NC 28202-1078 |
| Los Angeles, CA 90071 | Telephone: (704) 350-7700 |
| Telephone: (213) 576-5000 | Facsimile: (704) 350 7800 |
| Facsimile: (213) 680-4470 | |
| Email: ralberts@gordonrees.com | Attorneys for Defendant |
| msteinhardt@gordonrees.com | BANK OF AMERICA GROUP |
| dvalentine@gordonrees.com | |
| Attorneys for Defendants | |
| AETNA LIFE INSURANCE COMPANY, AETNA HEALTH OF CALIFORNIA, INC. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA SHANNON, | CASE NO. CV12-01558-AWI-SAB |
| | *Judge Anthony W. Ishii* |
| Plaintiff, | |
| vs. | **ORDER RE STIPULATION REGARDING DEADLINE TO FILE STIPULATION FOR DISMISSAL** |
| AETNA LIFE INSURANCE COMPANY; AETNA HEALTH OF CALIFORNIA, INC.; BANK OF AMERICA and DOES 1 through 50 inclusive, | |
| Defendant. | |

1

[PROPOSED] ORDER RE STIPULATION RE DEADLINE TO FILE STIPULATION FOR DISMISSAL

Plaintiff Marla Shannon and Defendants Aetna Life Insurance Company, Aetna Health of California, Inc. and Bank of America filed a Stipulation Regarding Deadline to File Stipulation for Dismissal (the "Stipulation").

Good cause appearing and pursuant to the terms of the Stipulation, the Parties shall have until December 27, 2013 to file a stipulation for dismissal or show cause why additional time may be needed to file dismissal papers.

IT IS SO ORDERED.

Dated:   November 27, 2013    _____
SENIOR DISTRICT JUDGE