| | |
|---|---|
| Edward B. Chatoian II, (SBN 69357)<br>LAW OFFICES OF EDWARD B. CHATOIAN<br>Email: chatoianlaw@sbcglobal.net<br>2607 Fresno Street, Suite C<br>Fresno, CA  93721<br>Telephone:  (559) 485-0101<br>Facsimile:  (559) 485-7643<br><br>Attorneys for Plaintiff<br>MARLA SHANNON<br><br>Ronald K. Alberts  (SBN: 100017)<br>Michelle L. Steinhardt (SBN 235149)<br>GORDON & REES LLP<br>633 West Fifth Street, 52nd Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 576-5000<br>Facsimile:  (213) 680-4470<br>Email: ralberts@gordonrees.com<br>msteinhardt@gordonrees.com<br>dvalentine@gordonrees.com<br>Attorneys for Defendants<br>AETNA LIFE INSURANCE COMPANY,<br>AETNA HEALTH OF CALIFORNIA, INC. | Amanda L. Groves (SBN:  187216)<br>agroves@winston.com<br>Sean D. Meenan (SBN:  260466)<br>smeenan@winston.com<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA  94111-5802<br>Telephone:   (415) 591-1000<br>Facsimile:    (415) 591-1400<br><br>Wood W. Lay (*admitted pro hac vice*))<br>wlay@winston.com<br>WINSTON & STRAWN LLP<br>100 North Tryon Street<br>Charlotte, NC  28202-1078<br>Telephone:   (704) 350-7700<br>Facsimile:    (704) 350 7800<br><br>Attorneys for Defendant<br>BANK OF AMERICA GROUP |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA SHANNON,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>AETNA LIFE INSURANCE COMPANY;<br>AETNA HEALTH OF CALIFORNIA, INC.;<br>BANK OF AMERICA and DOES 1 through 50 inclusive,<br><br>　　　　　　　Defendant. | CASE NO. CV12-01558-AWI-SAB<br>*Judge Anthony W. Ishii*<br><br>**ORDER RE STIPULATION REGARDING DEADLINE TO FILE STIPULATION FOR DISMISSAL** |

1

[PROPOSED] ORDER RE STIPULATION RE DEADLINE TO FILE STIPULATION FOR DISMISSAL

Plaintiff Marla Shannon and Defendants Aetna Life Insurance Company, Aetna Health of California, Inc. and Bank of America filed a Stipulation Regarding Deadline to File Stipulation for Dismissal (the "Stipulation").

Good cause appearing and pursuant to the terms of the Stipulation, the Parties shall have until December 27, 2013 to file a stipulation for dismissal or show cause why additional time may be needed to file dismissal papers.

IT IS SO ORDERED.

Dated: November 27, 2013

_____
SENIOR DISTRICT JUDGE

[PROPOSED] ORDER RE STIPULATION RE DEADLINE TO FILE STIPULATION FOR DISMISSAL