1  Edward B. Chatoian II, (SBN: 69357)     Amanda L. Groves (SBN: 187216)
   LAW OFFICES OF EDWARD B.               agroves@winston.com
2  CHATOIAN                               Sean D. Meenan (SBN: 260466)
   Email: chatoianlaw@sbcglobal.net       smeenan@winston.com
3  2607 Fresno Street, Suite C            WINSTON & STRAWN LLP
   Fresno, CA  93721                      101 California Street
4  Telephone: (559) 485-0101              San Francisco, CA  94111-5802
   Facsimile: (559) 485-7643              Telephone:    (415) 591-1000
5                                         Facsimile:    (415) 591-1400
   Attorneys for Plaintiff
6  MARLA SHANNON                          Wood W. Lay (*admitted pro hac vice*)
                                          wlay@winston.com
7  Ronald K. Alberts  (SBN:  100017)      WINSTON & STRAWN LLP
   Michelle L. Steinhardt (SBN: 235149)   100 North Tryon Street
8  GORDON & REES LLP                      Charlotte, NC  28202-1078
   633 West Fifth Street, 52nd Floor    Telephone:    (704) 350-7700
9  Los Angeles, CA 90071                  Facsimile:    (704) 350 7800
   Telephone: (213) 576-5000
10 Facsimile: (213) 680-4470              Attorneys for Defendant
   Email: ralberts@gordonrees.com         BANK OF AMERICA GROUP
11 msteinhardt@gordonrees.com
   Attorneys for Defendants
12 AETNA LIFE INSURANCE COMPANY,
   AETNA HEALTH OF CALIFORNIA,
13 INC.

14

15                 UNITED STATES DISTRICT COURT

16                 EASTERN DISTRICT OF CALIFORNIA

17 MARLA SHANNON,                         CASE NO. CV12-01558-AWI-SAB
                                          *Judge Anthony W. Ishii*
18                 Plaintiff,

19     vs.                                 **ORDER RE STIPULATION
                                           REGARDING DEADLINE TO FILE
20 AETNA LIFE INSURANCE COMPANY;          STIPULATION FOR DISMISSAL**
   AETNA HEALTH OF CALIFORNIA, INC.;
21 BANK OF AMERICA and DOES 1 through 50
   inclusive,
22
                   Defendant.
23

24

25

26

27

28
                                 1
   [PROPOSED] ORDER RE STIPULATION RE DEADLINE TO FILE STIPULATION FOR
                              DISMISSAL

1     On February 27, 2014, Plaintiff Marla Shannon and Defendants Aetna Life Insurance

2  Company, Aetna Health of California, Inc. and Bank of America filed a Stipulation Regarding

3  Deadline to File Stipulation for Dismissal (the "Stipulation").

4     Good cause appearing and pursuant to the terms of the Stipulation, the Parties shall have

5  until April 14, 2014 to file a stipulation for dismissal or show cause why additional time may be

6  needed to file dismissal papers.

7

8  IT IS SO ORDERED.

9  Dated:   February 27, 2014          _____

                                     SENIOR  DISTRICT  JUDGE

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5802**

2

[PROPOSED] ORDER RE STIPULATION RE DEADLINE TO FILE STIPULATION FOR
DISMISSAL