1  Edward B. Chatoian II, (SBN 69357)
   LAW OFFICES OF EDWARD B.
2  CHATOIAN
   Email: chatoianlaw@sbcglobal.net
3  2607 Fresno Street, Suite C
   Fresno, CA  93721
4  Telephone: (559) 485-0101
   Facsimile: (559) 485-7643
5
   Attorneys for Plaintiff
6  MARLA SHANNON

7  Ronald K. Alberts  (SBN: 100017)
   Michelle L. Steinhardt (SBN 235149)
8  GORDON & REES LLP
   633 West Fifth Street, 52nd Floor
9  Los Angeles, CA 90071
   Telephone: (213) 576-5000
10 Facsimile: (213) 680-4470
   Email: ralberts@gordonrees.com
11 msteinhardt@gordonrees.com
   Attorneys for Defendants
12 AETNA LIFE INSURANCE
   COMPANY,
13 AETNA HEALTH OF CALIFORNIA,
   INC.

   Amanda L. Groves (SBN: 187216)
   agroves@winston.com
   Sean D. Meenan (SBN: 260466)
   smeenan@winston.com
   WINSTON & STRAWN LLP
   101 California Street
   San Francisco, CA  94111-5802
   Telephone:   (415) 591-1000
   Facsimile:   (415) 591-1400

   Wood W. Lay (*admitted pro hac vice*)
   wlay@winston.com
   WINSTON & STRAWN LLP
   100 North Tryon Street
   Charlotte, NC  28202-1078
   Telephone:   (704) 350-7700
   Facsimile:   (704) 350 7800

   Attorneys for Defendant
   BANK OF AMERICA GROUP

**FILED**

APR 11 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA SHANNON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AETNA LIFE INSURANCE COMPANY; AETNA HEALTH OF CALIFORNIA, INC.; BANK OF AMERICA and DOES 1 through 50 inclusive,<br><br>　　　　　Defendant. | CASE NO. CV12-01558-AWI-SAB<br>*Judge Anthony W. Ishii*<br><br>STIPULATION FOR DISMISSAL<br><br>[PROPOSED] ORDER |

1
STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and having fully resolved and settled this action, Plaintiff Marla Shannon and Defendants Aetna Life Insurance Company, Aetna Health of California Inc., and Bank of America, by and through their respective counsel of record, hereby stipulate that this action, including all claims asserted in the action, is dismissed with prejudice, each party to bear its own costs, expenses and attorneys' fees.

Dated: April 1, 2014                             LAW OFFICES OF EDWARD B. CHATOIAN


                                                 By:   /s/ Edward B. Chatoian II
                                                       Edward B. Chatoian II
                                                       Attorneys for Plaintiff
                                                       MARLA SHANNON

Dated: March 28, 2014                            GORDON & REES LLP


                                                 By:   /s/ Michelle L. Steinhardt
                                                       Ronald K. Alberts
                                                       Michelle L. Steinhardt
                                                       Attorneys for Defendants
                                                       AETNA LIFE INSURANCE
                                                       COMPANY; AETNA HEALTH OF
                                                       CALIFORNIA

Dated: March 28, 2014                            WINSTON & STRAWN LLP


                                                 By:   /s/ Wood W. Lay
                                                       Wood W. Lay (admitted pro hac vice)
                                                       Sean D. Meenan
                                                       Attorneys for Defendant
                                                       BANK OF AMERICA

**ORDER**

IT IS SO ORDERED.

Dated: April 1/, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

_____
JUDGE ANTHONY W. ISHII